FILED
9/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JKS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL D. STOVER | No. 25 CR 540<br><br>Violation: Title 18, United States Code, Section 875(c) |

1:25-cr-00540
Judge Lindsay C. Jenkins
Magistrate Judge M. David Weisman
RANDOM/Cat 4

The SPECIAL MAY 2024 GRAND JURY charges:

1. At times material to this indictment:

    a. MICHAEL D. STOVER used and operated social media accounts, including an account on Facebook and an account on Bluesky, two social media platforms.

    b. Beginning no later than in or around February 2025, STOVER began posting messages and images through his social media accounts threatening violence against elected leaders and immigration authorities, which posts continued despite multiple encounters with law enforcement concerning the threatening nature of the posts.

2. On or about July 7, 2025, at Downers Grover, in the Northern District of Illinois, Eastern Division,

MICHAEL D. STOVER,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, a post on his Bluesky account in which defendant threatened to injure immigration authorities by stating, among other things, words to the effect of:

> I 700% am past the playtime shit. I mean kill the nazi rapist pigs to the absolute last one and kill their friends and families too. No mercy for nazism in my motherfucking country. Hurt the people and get hunted like a rat until your last desperate minutes, which will be slow if I can help it

and defendant transmitted the communication for the purpose of making a threat, knowing that the communication would be viewed as a threat, and recklessly disregarding a substantial risk that others would regard the communication as a threat;

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
FOREPERSON

_____
Melody Wells on behalf of the
UNITED STATES ATTORNEY